# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOHN J. VALUKAS,**
   **Plaintiff,**

  v.                Case No. 89C0614

**SHEBOYGAN MEMORIAL HOSPITAL, et al.,**
   **Defendants.**

## ORDER

  Plaintiff John J. Valukas filed this action against several defendants, including Sheboygan Memorial Hospital, in 1989. Plaintiff's claims against all defendants were dismissed with prejudice though a series of orders entered by Judge Robert W. Warren in 1990 and 1991, and judgments were entered accordingly. In May of 1991, plaintiff requested appointment of a guardian ad litem, which Judge Warren denied as moot because the case had been closed. Copies of the orders and judgments were mailed to plaintiff.

  Plaintiff, apparently desiring to reopen the matter, recently submitted several requests for appointment of a guardian ad litem. Because Judge Warren is no longer serving on this court, the matter was randomly reassigned to me. Plaintiff cannot reopen a closed matter that was dismissed with prejudice over fifteen years ago. As such, his request for appointment of a guardian ad litem is moot.

  For the foregoing reasons,

  **IT IS THEREFORE ORDERED** that plaintiff's request for appointment of a guardian ad litem is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin, this 10 day of April, 2006.

/s_____
LYNN ADELMAN
District Judge